UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| RML Capital Investment, LLC, et al.[2] | ) | Case No. 09-04609 |
| | ) | Jointly Administered |
| | ) | Hearing Date: March 31, 2009 |
| | ) | Hearing Time: 10:00 AM |
| | ) | |

**SECURED CREDITOR'S STATEMENT OF EVIDENCE OF COLLATERAL POSITION IN SUPPORT OF DEBTOR'S MOTION TO USE CASH COLLATERAL**

Old Second National Bank ("OSNB"), for its Secured Creditor's Evidence of Collateral Position in Support of Debtor's Motion to Use Cash Collateral, states as follows:

In Support of Debtor's motion to Use Case Collateral, OSNB attaches the following as evidence of its collateral position:

1. For the property commonly referred to as 27-37 LaSalle, Aurora, Illinois 60506.

    a. Mortgage attached as **Exhibit A**.

    b. Promissory Note in the original principal amount of $262,500.00 as **Exhibit B**.

    c. Assignment of Rents attached as **Exhibit C**.

2. For the property commonly referred to as 112 Schoolhouse Road, Yorkville, Illinois 60560.

    a. Promissory Note in the original principal amount of $1,440,000.00 attached as **Exhibit D**.

    b. Mortgage attached as **Exhibit E**.

---

[2] The Debtors in these Chapter 11 cases are RML Capital Investment, LLC: John M. Schoppe (Case No. 09-04652); Premier Homes, LLC (Case No. 09-04654); and Highland Real Estate of Aurora, Inc. (Case No. 09-04656).

  c. Assignment of Rents attached as **Exhibit F**.

3. For the property commonly referred to as Multiple Units, Monomy Street, Aurora, Illinois 60506.

  a. Promissory Note in the original principal amount of $798,750.00 attached as **Exhibit G**.

  b. Mortgage attached as **Exhibit H**.

  c. Assignment of Rents attached as **Exhibit I**.

4. For the property commonly referred to as "Arlington Place Apartments", Rockford, Illinois 61103

  a. Real Estate Mortgage attached as **Exhibit J**.

  b. Promissory Note in the original principal amount of $5,620,000.00 as **Exhibit K**.

  c. Real Estate Mortgage attached as **Exhibit L**.

  d. Promissory Note in the original principal amount of $1,600,000.00 as **Exhibit M**.

  e. Assignment of Rents attached as **Exhibit N**.

5. For the property in Trust Agreement #8996:

  a. Trust Agreement No. 8996 as **Exhibit O**.

  b. Security Agreement & Assignment of Beneficial Interest as **Exhibit P**.

  c. Commercial Promissory Note in the original principal balance of $2,862,500.00 as **Exhibit Q**.

  d. Commercial Debt Modification Agreement as **Exhibit R**.

6. For the property commonly referred to as OSNB Trust No. 8302:

1101 Assell Avenue, Aurora, Illinois, 936 LaFayette Street, Aurora, Illinois, 1143

        Ridgeway Avenue, Aurora, Illinois, 610 Second Avenue, Aurora, Illinois, 321 Smith, Aurora, Illinois.

    a.    Real Estate Mortgage attached as **Exhibit S**.

    b.    Commercial Promissory Note in original principal amount of $3,000,000.00 attached as **Exhibit T**.

7.    For the property commonly referred to as OSNB Trust No. 8302:

458 South Union, Aurora, Illinois, 11 Oak Street, North Aurora, Illinois, 1101 West Galena Blvd., Aurora, Illinois, 630 Madison Street, Batavia, Illinois, 355 Michigan Avenue, Aurora, Illinois, and other properties..

    a.    Real Estate Mortgage attached as **Exhibit U**.

    b.    Commercial Promissory Note in original principal amount of $3,500,000.00 as **Exhibit V**.

    c.    Collateral Assignment of Beneficial Interest and Power of Direction as **Exhibit W**.

    d.    Security Agreement as **Exhibit X**.

    e.    Commercial Promissory Note in principal sum of $2,000,000.00 as **Exhibit Y**.

    f.    Commercial Promissory Note in principal original amount of $150,000.00 as **Exhibit Z**.

    g.    Commercial Loan Agreement in original principal amount of $2,000,000.00 as **Exhibit AA**.

**OLD SECOND NATIONAL BANK**

By: /s/ Richard G. Larsen
　　One of its attorneys

Richard G. Larsen, ARDC #6193054
**MYLER, RUDDY & McTAVISH**
105 E. Galena Blvd., 8th Floor
Aurora, IL 60505
(630) 897-8475
(630) 897-8076 (Fax)